**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02033-REB

MAURICE THOMAS

     Plaintiff

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

     Defendant

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Reversing Disability Decision and Remanding to Commissioner of Judge Robert E. Blackburn entered on September 22, 2014. It is

     ORDERED that the decision of Commissioner of Social Security is reversed and remanded. Plaintiff is AWARDED his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

     Dated at Denver, Colorado this 23rd day of September, 2014.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                           By: s/  A. Lowe
                                      Deputy Clerk